UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-6188-Cr-RYSKAMP

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYRONE ELMORE RAWLS,

Defendant.    /



## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on May 8, 2009, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about March 29, 2009, in Broward County, Florida, the defendant was arrested for the Offense of Felony Habitual Driving While License Suspended, contrary to Florida Statute 322.34-5.

2. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about March 29, 2009, in Broward County, Florida, the defendant was arrested for the Offense of Obstruction Without Violence, contrary to Florida Statute 843.02.

3. Violation of Mandatory Condition, by failing to notify the probation officer within

72 hours of being arrested or questioned by law enforcement.

On or about March 30, 2009, in Broward County, Florida, the defendant was arrested by the Broward County Sheriffs Office. The defendant failed to notify the United States Probation Officer.

The Defendant consulted with counsel and admitted to violating conditions 1 and 3 of his supervised release. The Government agreed to dismiss violation #2. The Court found that the Defendant voluntarily and knowingly admitted to violations 1 and 3 of his supervised release. Based upon this finding, this Court recommends to the District Court that TYRONE ELMORE RAWLS be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable KENNETH L. RYSKAMP, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 8th day of May, 2009.

_____
**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c:   The Honorable Kenneth L. Ryskamp
     Robert Waters, AUSA
     Lori Barrist, AFPD
     John Minnelli, USPO