UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 94-6188-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE ELMORE RAWLS,

    Defendant.
_____/

FILED by ____ D.C.
SEP 2 1 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

The Defendant, TYRONE ELMORE RAWLS, appeared before the Court on September 21, 2009, represented by counsel, for a hearing on alleged violation of supervised release. The Defendant was initially convicted of conspiracy to possess with intent to distribute crack cocaine, in violation of 21 U.S.C. § 846. The Defendant was sentenced to one-hundred fifty-one (151) months in prison and a five (5) year term of supervised release with special conditions. The Defendant commenced supervision on August 29, 2005. On March 31, 2009, the Court modified Defendant's supervised release and ordered Defendant to perform fifty (50) community service hours.

The Defendant is now charged with violating supervised release by: (1) failing to refrain from violating the law in that on or about March 29, 2009, the Defendant was arrested for felony habitual driving with a suspended license, in violation of Florida Statute § 322.34-5; (2) failing to refrain from violating the law in that on or about March 29, 2009, the Defendant was arrested for

1

obstruction without violence, in violation of Florida Statute § 843.02; (3) failing to notify the probation officer within seventy-two (72) hours of his March 29, 2009 arrest; and (4) failing to refrain from violating the law in that on or about April 15, 2009, the Defendant was arrested for felony habitual driving with a suspended license, in violation of Florida Statute § 322.34-5.

At a prior hearing on May 8, 2009 before United States Magistrate Judge Linnea R. Johnson, the Defendant admitted to violations one and three, and the Government agreed to dismiss violation two. After finding that the Defendant voluntarily and knowingly admitted to violations one and three, Judge Johnson recommended that the United States District Court proceed to sentencing on those violations (DE 137). United States District Judge Kenneth L. Ryskamp adopted Judge Johnson's recommendation (DE 141) and sentencing in this matter is set for November 6, 2009 (DE 150).

The present amended petition (DE 145) charges the Defendant with four violations. At the September 21, 2009 hearing before this Court, counsel for the Defendant confirmed that the Defendant previously admitted to violations one and three, and the Government confirmed its agreement to dismiss violation two. The Defendant admits violation four and wishes to add this additional violation to the sentencing set for November 6, 2009.

Based on the foregoing, this Court RECOMMENDS that the District Court accept the Defendant's admission and find the Defendant guilty of violation four. This Court further RECOMMENDS that violation four be added to the sentencing on violation set for November 6, 2009 before the District Court.

A party shall serve and file written objections, if any, to this Report and Recommendation with United States District Judge Kenneth L. Ryskamp, within ten (10) days after being

served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982), cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 21 day of September, 2009.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Kenneth L. Ryskamp
AUSA Robert Waters
AFPD Lori Barrist
U.S. Marshal
U.S. Probation