UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94- 6188 -CR-RYSKAMP

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

Tyrone Rawls

      Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Ann E. Vitunac on September 21, 2009.

The court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**.   Sentencing on the violation of supervised release is set for November 5, 2009 at 2:30 PM **.**

**DONE and ORDERED** in West Palm Beach, this 8 day of October , 2009.

                /s/ Kenneth L. Ryskamp
                **KENNETH L. RYSKAMP**
                UNITED STATES DISTRICT JUDGE

cc:    counsel of record